# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **MARIA ALICIA JIMENEZ,** | ) |
| **Plaintiff,** | ) No. CV-10-183-FRZ-CRP |
| vs. | ) **REPORT AND RECOMMENDATION** |
| **BAC HOME LOANS SERVICING, LP,** | ) |
| **Defendant.** | ) |

Defendant, BAC Home Loans Servicing, LP, filed a Motion for Judgment on the Pleadings on May 24, 2010. (Doc. 11). Under the local rules, Plaintiff had until June 7, 2010 to file a response. L.R.Civ. 7.2. Plaintiff did not respond to this motion in the allotted time period. On July 19, 2010, Defendant filed a Motion to Summarily Grant Defendant's Motion for Judgment on the Pleadings. (Doc. 12). In its motion, Defendant states it gave Plaintiff two courtesy extensions to file a response, extending the initial deadline to July 15, 2010. (Doc. 12, p. 2). The Court notes neither party filed a stipulation or motion to extend the time to respond to the Motion for Judgment on the Pleadings. Despite the informal extensions agreed to by Defendant, Plaintiff still failed to file a response. (*Id.*). A response to Defendant's Motion to Summarily Grant Defendant's Motion for Judgment on the Pleadings was due on or before August 2, 2010. Plaintiff also failed to respond to this motion in the required period.

The Court may deem Plaintiff's failure to respond as consent to granting Defendant's Motion for Judgment on the Pleadings. Local Rule 7.2(i) states "if the unrepresented party or counsel does not serve and file the required answering memoranda . . . such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily."

Plaintiff was given two informal extensions to respond to Defendant's Motion for Judgment on the Pleadings and then given an opportunity to respond to Defendant's Motion to Summarily Grant Defendant's Motion for Judgment on the Pleadings. Plaintiff has not responded to either motion.

**Recommendation**

The Magistrate Judge recommends the District Court, after its independent analysis, **GRANT** Defendant's Motion to Summarily Grant Defendant's Motion for Judgment on the Pleadings (Doc. 12) and therefore, **GRANT** summarily Defendant's Motion for Judgment on the Pleadings (Doc. 11). Granting the Motion for Judgment on the Pleadings will result in dismissing Plaintiff's claims with prejudice.

Pursuant to 28 U.S.C. § 636(b), any party may serve and file written objections within fourteen (14) days of being served with a copy of the Report and Recommendation. If objections are not timely filed, they may be deemed waived. The parties are advised that any objections filed are to be identified with the following case number: **CV 10-183-FRZ**.

DATED this 4th day of August, 2010.

*Charles R. Pyle*

CHARLES R. PYLE
UNITED STATES MAGISTRATE JUDGE