IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Maria Alicia Jimenez, | ) | No. CV 10-183-TUC-FRZ (CRP) |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| BAC Home Loans Servicing, LP, | ) | |
| Defendant. | ) | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Charles R. Pyle that recommends granting Defendant's motion to summarily grant Defendant's motion for judgment on the pleadings; therefore, Magistrate Judge Pyle also recommends granting Defendant's motion for judgment on the pleadings.

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Pyle's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Pyle's Report and Recommendation (Doc. #13) is accepted and adopted.

(2) Defendant's motion to summarily grant Defendant's motion for judgment on the pleadings (Doc. 12) is granted.

(3) Defendant's motion for judgment on the pleadings (Doc. 11) is summarily granted.

(4) This case is dismissed with prejudice.

(5) The Clerk of the Court shall enter judgment accordingly.

DATED this 23rd day of August, 2010.

Frank R. Zapata
Senior United States District Judge